**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Clifton John Rennie, | Civil No. 12-1715 (RHK/JJG) |
| Petitioner, | **ORDER ON REPORT AND RECOMMENDATION** |
| v. | |
| Scott Baniecke, Field Office Director, | |
| Respondent. | |

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 7) is **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**; and

3. This action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 8, 2013

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge